FILED
CLERK, U.S. _____ URT

JUN 1 9 2019

_____ CALIFORNIA
AF R JM DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No. 2:16-CR-271-DMG-l
                                   )
              Plaintiff,           )   ORDER OF DETENTION AFTER HEARING
                                   )      (Fed.R.Crim.P. 32.1(a)(6)
         v.                        )       18 U.S.C. § 3143(a)
John Salas                         )    · Allegations of Violations of
                                   )     Probation/Supervised Release
                                   )            Conditions)
              Defendant.           )
_____)

      On arrest warrant issued by the United States District Court for

the Central District of Cal. involving alleged violations of

conditions of probation/supervised release:

      1.   The court finds that no condition or combination of

           conditions will reasonably assure:

           A.   (✓) the appearance of defendant as required; and/or

           B.   (✓) the safety of any person or the community.

///

///

///

///

///

2. The Court concludes:

A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_See PSA report_

B. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA report_

IT IS ORDERED that defendant be detained.

DATED: _July 17, 2019_

_____
Frederick F. Mumm
United States Magistrate Judge

2